ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____
_____

Philadelphia                    43939  Allen, Anita L.
                                89501  Archambeault, Matthew John
                                02621  Astor, Paul C.
                                02505  Bazelon, Richard L.
                               307792  Bolden, Michael Labrador
                                59393  Boni, Paul
                               203813  Bosmann, Jillian Lynn
                                40222  Cavalieri, Cristina
                               204962  Cheung, Elaine Yi Ming
                               205212  Comerota Jr., Anthony James
                               317118  Crowell, Bradley Joseph
                                93753  Cuifolo, Lisa M.
                                75319  Demkovitz, Peter H. M.
                                40705  Elmore, Danny
                                88836  Firth III, William Rutherford
                               209438  Fitzpatrick, Helen Lamphier
                               311737  Fox, Jordan Scott
                                79667  Friedrichs, Karl F.
                               207205  Gigliotti, Michael Philip
                                03529  Griffith, David J.
                                51118  Groshens, Thomas E.
                                67822  Hinton, Pamela Beth
                               308574  Holmes, Malika Hollis
                               205999  Hope, Jennifer Lynn
                                93214  Hughes, Evan T. L.
                                65702  Jakubik, Mark Edward
                                88980  Jin, Zhen H.
                                85845  Kempf, Ivy M.
                               306845  Konczakowski, Francis Darcy
                                73604  Lafferty, Steven M.
                               209614  Lapp, David Bradford
                                81323  Lassiter, Duane Lamont
                                50701  Levine, Ari D.
                                37862  Linder, Eric J.
                                75675  Logue, Michael Raymond
                                53267  Lyding, Christopher Scott
                               312867  Lyons, Samantha Rachel
                                83459  Matanovic, Stephan
                               315184  McDade III, Bernard William
                               307796  McKenna, Rosemary
                                71028  Meade Jr., Alston B.
                                55789  Meehan Jr., Edward C.
                               314891  Merritt, Stacy Sylvester Lee
                                65374  Milner III, C. George
                                55695  Moro, Diana L.
                               315307  Myers, Patrick J.
                                50734  Narcisi III, Laurence Anthony
                                76665  Newman, Todd Andrew
                                30879  O'Brien, Bradley David

```
                              44455  Pansini, Michael O.
                              57514  Peterson, Jennifer K.
                              81420  Ramage, Jeffrey Michael
                              78547  Ray, James L.
```

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 2
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr

                                       ACTIVE

                                                                          REPORT:
ctrk_crt

SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____
_____

```
Philadelphia( Continued )          39243  Roth, Harry Mitchell
                                  206941  Schwartz, Geoffrey David
                                   41806  Scott, Ellen Kittredge
                                   17568  Shapiro, David E.
                                   81218  Short, Brian David
                                   67419  Smith, Mark John
                                  202590  Speciale, Benjamin Barnes
                                   44543  Spinale, Camille
                                  309150  Sullivan Jr., John Patrick
                                   78970  Sullivan, Sean Robert
                                   94185  Toner, Paul Joseph
                                   82475  Valvo, Joseph J.
                                   61338  Valz, Norman M.
                                   68761  Vittorelli Jr., Donald L.
                                  206181  Wenge, Keld Rolf
                                   57788  Wolfson, Herbert S.
                                  208367  Young, Alissa C.
```

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED

_____
_____
Lancaster                        27840   Covelens, Kenneth R.
                                 65077   Darby, James Michael
                                 84249   Grosh, Matthew Alan
                                 53357   Huwaldt, Mary J.
                                201826   McHale, Michael E
                                313243   Stout III, Raymond Ellsworth

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 4
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                       ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____
_____
Northampton                      66536  Dethlefsen, Shawn Marie
                                 38795  McLain, Erv D.
                                 56546  Perrucci Jr., Angelo M.
                                 89816  Zito, Alicia Rose

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED

_____

Allegheny                         00376  Arch, John G.
                                  20133  Bills Jr., George W.
                                  78310  Davies, Kathleen Joann
                                  73460  Del Sole, Stephen John
                                 202519  Downs, Amie Melissa
                                  34432  Elliott, Jack William
                                  37753  Fatla, Mark T.
                                  67619  Foster III, John K.
                                 205312  Gardner, Lewis B.
                                 206668  Groves, Erika Roxanne
                                  05422  Hoffman, David A.
                                 307657  Hravnak, Kaitlin Rose
                                  82087  Joseph, James Helton
                                 315429  Kaikis, Amy Elizabeth
                                 200268  Kassab, Adam Chalhoub
                                  93068  Knuth III, Andrew W
                                  63205  Kranich, Jay Brett
                                  87176  Lester, Frederick Peter
                                  38563  Maglio, Michael J.
                                  89489  McEnteer, Patricia Eileen
                                  60006  Nagel, Joel Matthew
                                  76542  O'Connor, Gavin Michael
                                  89942  Palmer, Meghan Lee
                                  93393  Powell, Brittany Erin
                                  92087  Riedel, Rachel Sarah
                                 208292  Riley, Sean Robert
                                  47819  Rodes, David Bennet
                                 209522  Rohm, Bryan David
                                  85030  Spatafore, Marcus Anthony
                                  83183  Syglowski, Scott A.
                                 309777  Twomey IV, Edward
                                  18129  Witchko, Richard Keith
                                  75025  Woodings, Suzanne E.

205533  Zimmerman, Seth Reuben

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 6
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                     USER ID: jilgenfr
                                       ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____
_____
Erie                                48490  Kallenbach, Kevin Mark
                                    67805  Miller, Monica Rae
                                    72643  Taylor, Garrett Arthur

```
DATE: 11/18/2016        PENNSYLVANIA CONTINUING LEGAL EDUCATION        PAGE: 7
TIME: 12:45:22                  NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                    ACTIVE
                                                                       REPORT:
ctrk_crt
```

```
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
```
_____

_____

| Bucks | | |
|-------|--------|---------------------------|
| | 81281 | Conallen Jr., Michael J. |
| | 308127 | Ezeife, Nnamdi |
| | 57225 | George, Eric A. |
| | 75088 | Izes, Jeffrey Marc |
| | 88116 | Kelton, Katherine Marie |
| | 39455 | Medaglio, Jeffrey Michael |
| | 73853 | Pflug, David J. |
| | 312609 | Shnayder, Alex |
| | 208574 | Vigneaux, Jamie Griffin |
| | 64757 | Vilk, Irina Z. |

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 8
TIME: 12:45:22                      NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE

                                                                            REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____

Cumberland                         89894   Breslin, Abraham Tate
                                   37926   Douglas, William P.
                                   68995   Lewis, Kelly Richard
                                   89073   Seiferth, Adam Lessig
                                  312598   Wilson IV, Ulysses Sherman

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 9
TIME: 12:45:22                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                         ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED

_____

Westmoreland                         56721   Gatewood, Carol Jean
                                     42682   Maher, John Edward

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 10
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                       ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED

_____
_____
Luzerne                          62355   Bartolai, Elizabeth Jennifer
                                 55156   Bellino, John Anthony
                                 89346   Breslin, Adrienne Jane
                                 14971   Geddes Jr., James F.
                                315264   Grill, Jerry

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 11
TIME: 12:45:22                      NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE

                                                                            REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____

Dauphin                              310570   Seeley, Matthew Robert
                                      34962   Welch Jr., Allen C.

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 12
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                         ACTIVE
                                                                            REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED

_____

Fayette                          93330   Taylor, Jason R

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 13
TIME: 12:45:22                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED

_____

_____
Chester                        306925  Bennett, Carla Michelle

```
208971  Benson, Gregory Chadwick
 71886  Bjornstad, Deborah Hollenbach
310835  Evans, Deborah Ahern
 91529  Fante', Linda DeShea
306821  Frank, Daniel Morton
 74071  Hershey, Jacqueline
209809  Houghton, Michael E.
201299  Mershon, Janie Stupak
 94568  Paddick, Ryan Michael
 90820  Sierakowski, Katie Long
 93903  Stackhouse, Daniel Louis
 45535  Thum, William C.
```

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 14
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                      ACTIVE

                                                                           REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME

CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____
_____
York                              82573   Anderson, David Charles
                                  55080   Charles, Craig David
                                  64177   DeArmond, Jackie J.
                                  80594   Gross, Ronald James
                                  82966   McCabe, Scott Alan

ACTIVE

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____

Huntingdon                          43235  McManamon, Peter

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 16
TIME: 12:45:22                   NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                     ACTIVE
                                                                         REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____
_____
Berks                          207390  Kruppenbach, Justin Lee

DATE: 11/18/2016            PENNSYLVANIA CONTINUING LEGAL EDUCATION            PAGE: 17
TIME: 12:45:22                   NON-COMPLIANT LAWYERS                  USER ID:
jilgenfr
                                      ACTIVE

                                                                     REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____

Washington                          204520   Holmes, Keenan Dennard
                                     68639    Shrager, Benita Sumey
                                     207488   Zubchevich, Jamaal Scott

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 18
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                     ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____

Lehigh                                10284  Dunn, David F.
                                      81080  Neagle, Andrea Kochan

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 19
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                      ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____
_____

Delaware                        72189  Bodenger, George William
                                76341  Bonebrake, D. Scott
                               207009  Brophy, Michael Timothy
                                35199  Carruthers, Elizabeth Read
                                81272  Castaldo, Gregory Michael
                               205868  DiIenno, Christopher Joseph
                                28225  Epstein, Jacob David
                                27158  Gorbey, Christopher F.
                                43030  Knapp, John A.
                                75943  Maddaloni, Jennifer Holsten
                                79577  McFadden, Thomas A.
                                80840  Paine, Thomas Geoffrey
                               207149  Patel, Karishma Mahendra
                                51600  Reno, David S.
                                77022  Ring, Eric Louis
                               201860  Scioli, Scott Eugene
                               205220  Sexton, Kenneth Mark
                                67560  Stockton, Phyllis Lee
                                67849  Vance, Brian Charles
                                38774  Vladimer, Randi J.

DATE: 11/18/2016            PENNSYLVANIA CONTINUING LEGAL EDUCATION            PAGE: 20
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                                      ACTIVE
                                                                              REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____
_____
Susquehanna                      89858  Daly, Patrick Michael

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 21
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____

Warren                          61090  Bevevino, Timothy Ross

DATE: 11/18/2016            PENNSYLVANIA CONTINUING LEGAL EDUCATION            PAGE: 22
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                       ACTIVE
                                                                            REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED

_____

Montgomery                      77787   Angelucci, Karen F.
                                69278   Attiani Jr., John Pasquale
                                68589   Bloch, Wayne David
                                75895   Carroll Jr., James Robert
                                38019   Castellitto, Paul Vincent
                                81952   Cruice Jr., William P.
                                52530   Egan III, Thomas C.
                                47588   Fox, Lori Susan
                                78868   Groen, Marlon R.
                                92232   Grubbs, Rhonda K.
                                53686   Hofferman, Jeffrey D.
                                41373   Hwang, Sam Youl
                                84291   Kagan, Laurence M.
                                79757   Kimmel, Wayne Douglas
                                59527   Kracoff, Cheryl
                               207586   Lopoten, Eric Michael
                                52915   Lyons, James Patrick
                                59288   Marshall, William Paul
                                77252   Miraglia, Thomas J.
                                56174   Opalka, Robert John
                                87765   Padova, Jennifer Ann
                                66636   Petersen, Vincent Erik
                                64843   Pinto Jr., Joseph Vincent
                                83559   Piontek, Vicki Ann

```
        83859  Reddy, Goutham Gurijala
        44657  Spitko, David Michael
       208444  Volk, David Gregory
        41360  Weinberg, Frederic Ivan
        38622  Willis, John Michael
        43811  Woodside, J. Stephen
```

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED

_____

Bradford                          92277  Hutz, Andrew George

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 24
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                       ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED

_____

Lackawanna                    206577   Gogots, Kevin Michael
                              202486   Hayes, Kevin Corbett
                               92519   O'Malley, Jason M
                               91117   Siejk, John L.

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 25
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                      ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____
_____
Cambria                          15131  Wendekier, Raymond J.

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 26
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                      ACTIVE

                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____
_____
Centre                              89436  DiPolvere, Amanda Joan
                                    92616  Mackin, Joanne Park

DATE: 11/18/2016          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 27
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr
                                        ACTIVE

                                                                            REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____

Butler                          62637  Beacom, Stephen Mark

DATE: 11/18/2016           PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 28
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                        ACTIVE
                                                                            REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____
_____

Adams                          76167  De Bruin, Gary Francis

DATE: 11/18/2016            PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 29
TIME: 12:45:22                      NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                                          ACTIVE

                                                                                REPORT:

ctrk_crt

_____
_____
Lawrence                          81946  Berezniak, Philip William
                                  93435  Booker, Stanley Tyrone

SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____
_____

Out Of State                      202729   Ackerman, Joel Alan
                                   51970   Allie, James Michael
                                   86623   Angelich, George P.
                                   50146   Barry Jr., Robert A. J.
                                   31833   Bennett, David Richard
                                   73270   Blackwell, Michelle Davis
                                   16834   Boatner Jr., B. Herbert
                                  308408   Bronson Jr., H Bruce
                                  309611   Brown, Ryan Tyler
                                  310731   Cancila Jr., Joseph Anthony
                                   46870   Caplan, Darryl Scott
                                   90063   Chae, Eunice
                                   39973   Christoffersen, David Gray
                                   49494   Coe Jr., Richard P.
                                   25899   Cohen, Robert T.
                                   40886   Colicchio, Philip Michael
                                  204948   Compitello, Joseph John
                                  307881   Corsi, Christopher
                                  209795   Costello, Irene Marie
                                   81469   Culton, Aaron Richard
                                   61508   Davis, Lisa A.
                                   82594   DiLiberto, Steven K.
                                   81206   Donigan, James L.
                                  312640   Epstein, Darren Jay
                                   28570   Erlandson, Don A.
                                   38012   Fausto, Nicholas M.
                                   34253   Fellmeth III, Adolph F.
                                   41835   Fiore, Joanne E.
                                   57155   Fisher, Karen S.
                                  314898   Gifford, Robert Winsor
                                   34376   Gosse, Thomas J.
                                   75187   Graves, Lisa Rachelle
                                   49173   Greene, Douglas C.
                                   67681   Ha, Young Wook
                                  308487   Haley, Kenneth
                                   88495   Hall, Stephen Edmund
                                   82798   Higgins, Laurie M.
                                  307772   Hordis, Steven
                                   02924   Hough, John Harrison
                                   21912   Hughes, Michael D.
                                  201748   Jones, Penelope Price
                                   72717   Joyce, Douglas Marshall
                                  310241   Kim, Caroline Sara
                                  204596   Kolmansberger, Erin Kristen
                                   86566   Kranz, Carolynn S.
                                   74216   MacPhee, Leonard Hawkes
                                   43925   Maizel, Samuel Ruven
                                   88788   Martinson, Richard D.
                                   55224   McElroy, Carleen D.
                                   79234   McIlvaine, Mark Kirkpatrick

          201187  McLaughlin 2nd, James Peter
           81541  McMonigle, Joseph P.
           43032  Neal, James J.
DATE: 11/18/2016        PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 31
TIME: 12:45:22                    NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                       ACTIVE

                                                                         REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____

_____
Out Of State( Continued )          92310  Newman, Jeffrey Kent
                                   78802  Northcutt, Kimberly Michelle
                                   47618  Papay Jr., Jacob Anthony
                                  209297  Planzer, Steven Ching
                                   38600  Rhodes, Peter M
                                   72319  Roscher, James Thomas
                                  204243  Ruilova, Ryan Taylor
                                   92094  Russo, Jeffrey Michael
                                   49369  Savage, Daryl Davinci
                                   68910  Saville, Stephen A.
                                   81257  Schwartz, Ruth R.
                                  209894  Shah, Neel
                                   48894  Smolka, Christopher J.
                                   60242  Stamps, Sumari Cherice
                                  208320  Tarchichi, Joni Houda
                                   64393  Taylor, Daniel Paul
                                  205195  Wachinski, Nicholas John
                                  310150  Waldhauser, Jay Ian
                                   77643  Wilks, David Edwin
                                   28084  Wolff, Casey
                                  304827  Wong, Vincent S.
                                   78742  Wren, Lisa Sue
                                  207717  Young, Jason R.


          COUNT OF ATTORNEYS FOR ACTIVE  STATUS IS 307

DATE: 11/18/2016             PENNSYLVANIA CONTINUING LEGAL EDUCATION            PAGE: 32
TIME: 12:45:22                        NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                           LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                               REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 04302016 GROUP 1, REINST FEE ASSESSED
_____
_____

Philadelphia                    315134  Heble, Neal Arun


           COUNT OF ATTORNEYS FOR LIMITED IN-HOUSE CORPORATE COUNSEL  STATUS IS 1


      TOTALS PER COUNTY:

          Philadelphia                 70
          Lancaster                     6
          Northampton                   4
          Allegheny                    34
          Erie                          3
          Bucks                        10
          Cumberland                    5
          Westmoreland                  2
          Luzerne                       5
          Dauphin                       2
          Fayette                       1
          Chester                      13
          York                          5
          Huntingdon                    1
          Berks                         1
          Washington                    3
          Lehigh                        2
          Delaware                     20
          Susquehanna                   1
          Warren                        1
          Montgomery                   30
          Bradford                      1
          Lackawanna                    4
          Cambria                       1
          Centre                        2
          Butler                        1
          Adams                         1
          Lawrence                      2
          Out Of State                 76
          Philadelphia                  1


      TOTAL NUMBER OF LAWYERS REPORTED:     308